

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2021

No. 04-21-00072-CR

Christian William **PFISTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-20-0273
Honorable Frank Follis, Judge Presiding

# O R D E R

On February 25, 2021, the district clerk filed a copy of the clerk's record, which contains the trial court's certification, stating this "is a plea-bargain case, and the defendant has NO right of appeal." We therefore **ORDER** the district clerk to file, **by March 8, 2021**, an electronic clerk's record containing the following documents:

1.      All pre-trial orders and the related pre-trial motions;

2.      The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.      The judgment;

4.      All post-judgment motions and orders;

5.      The notice of appeal;

6.      The Trial Court's Certification of Defendant's Right of Appeal; and

7.      The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2021.

Michael A. Cruz,
Clerk of Court